Estado Libre Asociado de Puerto Rico
TRIBUNAL DE APELACIONES
PANEL XII

| EL PUEBLO DE PUERTO RICO<br><br>Recurrido<br><br><br>v.<br><br><br>ALEXIS MANUEL ROMÁN ALAMO<br><br>Peticionario | TA2025CE00332 | *Certiorari* procedente del Tribunal de Primera Instancia, Sala Superior de Fajardo<br><br><br>Caso Núm.:<br>NSCR202400301-06<br><br><br>Sobre:<br>Artículos 6.09 LA y Otros |

Panel integrado por su presidente, el Juez Candelaria Rosa, el Juez Adames Soto y el Juez Campos Pérez.

Candelaria Rosa, Juez Ponente

### SENTENCIA

En San Juan, Puerto Rico, a 9 de octubre de 2025.

Atendida la "Moción de desistimiento voluntario" y la "Moción juramentada de desistimiento voluntario" de la parte peticionaria, se resuelve ha lugar. Se da por desistido el recurso al amparo de la Regla 83(A) del Tribunal de Apelaciones (4 LPRA Ap. XXII-B) y se emite *Sentencia* de desestimación al efecto.

Lo acordó y manda el Tribunal y lo certifica la Secretaria del Tribunal de Apelaciones.

Lcda. Lilia M. Oquendo Solís
Secretaria del Tribunal de Apelaciones